#150984

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 99-18821 |
| | ) | |
| Laurie J. Bush | ) | CHAPTER 7 CASE |
| | ) | |
| Debtor(s). | ) | Judge Pat E. Morgenstern-Clarren |

TO THE CLERK OF COURT:

The attached check no. 112 in the amount of $297.85 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Kaufmanns<br>400 5th Ave.<br>Pittsburgh, PA 15219 | 3 | $250.77 | $297.85 |

DATED: September 21, 2010

_____
DAVID O. SIMON, TRUSTEE